Courtland L. Reichman (California Bar No. 268873)
Jennifer P. Estremera (California Bar No. 251076)
MCKOOL SMITH PC
255 Shoreline Drive, Suite 510
Redwood Shores, California 94065
Telephone: (650) 394-1400
Facsimile:  (650) 394-1422
creichman@mckoolsmith.com
jestremera@mckoolsmith.com

John B. Campbell (Admitted *Pro Hac Vice*)
Kathy H. Li *(Admitted Pro Hac Vice)*
MCKOOL SMITH PC
300 W. 6th Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744
jcampbell@mckoolsmith.com
kli@mkoolsmith.com

Attorneys for Plaintiff
IMMERSION CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **IMMERSION CORPORATION,** | Case No. 5:17-cv-3886-LHK |
| Plaintiff, | |
| v. | **NOTICE OF CLAIM CONSTRUCTION DISPUTE AFFECTING MOTION TO DISMISS** |
| **FITBIT, INC.,** | |
| Defendant. | Judge: Honorable Lucy H. Koh |

CASE NO. 5:17-CV-3886-LHK         NOTICE OF CLAIM CONSTRUCTION
                                  DISPUTE AFFECTING MTN TO DISMISS

1    Plaintiff Immersion Corporation ("Immersion") hereby notifies the Court that the parties have a claim construction dispute that will affect Fitbit's pending Motion to Dismiss under 35 U.S.C. § 101 (Dkt. 23). The parties have been meeting and conferring regarding disputed claim terms in accordance with the Patent Local Rules.

During the parties' exchanges, Fitbit proposed in its P.R. 4-2 disclosure that certain terms be construed as means plus function under 35 U.S.C. §112(f). Immersion has now agreed that such terms should be construed under 35 U.S.C. §112(f). The parties have not reached agreement on the corresponding structure, and absent agreement, will submit the issue to the Court in claim construction briefing pursuant to the Case Management Order (Dkt. 35). Immersion expects the Court's § 101 analysis to be impacted by the particular function and structure read into the claims. The parties are continuing to meet and confer as to disputed claims terms, and their final positions currently are due on February 23, 2018.[1]

Immersion files this Notice to bring this issue to the Court's attention. Immersion would be happy to provide additional information or briefing if useful to the Court.

---

[1] Fitbit has requested an extension of one week, which Immersion does not oppose. The parties filed a stipulation today requesting the extension.

CASE NO. 5:17-CV-3886-LHK                    NOTICE OF CLAIM CONSTRUCTION
                                             DISPUTE AFFECTING MTN TO DISMISS

| | |
|---|---|
| 1    DATED: February 22, 2018 | Respectfully submitted, |
| 2 | MCKOOL SMITH, P.C. |
| 3 | */s/ Courtland L. Reichman* |
| | Courtland L. Reichman |
| | (California Bar No. 268873) |
| | Jennifer P. Estremera |
| | (California Bar No. 251076) |
| | MCKOOL SMITH PC |
| | 255 Shoreline Drive, Suite 510 |
| | Redwood Shores, California 94065 |
| | Telephone: (650) 394-1400 |
| | Facsimile:  (650) 394-1422 |
| | creichman@mckoolsmith.com |
| | jestremera@mckoolsmith.com |
| | |
| | John B. Campbell (Admitted Pro Hac Vice) |
| | Kathy H. Li (Admitted Pro Hac Vice) |
| | MCKOOL SMITH PC |
| | 300 W. 6th Street, Suite 1700 |
| | Austin, Texas 78701 |
| | Telephone: (512) 692-8700 |
| | Facsimile: (512) 692-8744 |
| | jcampbell@mckoolsmith.com |
| | kli@mkoolsmith.com |
| | |
| | Attorneys for Plaintiff |
| | IMMERSION CORPORATION |

CASE NO. 5:17-CV-3886-LHK        NOTICE OF CLAIM CONSTRUCTION DISPUTE AFFECTING MTN TO DISMISS