UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IMMERSION CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FITBIT, INC.,<br><br>　　　　Defendant. | Case No. 17-CV-03886-LHK<br><br>**ORDER DIRECTING PARTIES TO PROVIDE ADDITIONAL INFORMATION ON CLAIM CONSTRUCTION DISPUTE THAT COULD AFFECT THE PENDING MOTION TO DISMISS**<br><br>Re: Dkt. No. 56 |

On February 22, 2018, Plaintiff notified the Court that the parties agreed that certain unspecified terms in the patents-in-suit be construed as means plus function under 35 U.S.C. § 112(f).  *See* ECF No. 56.  Plaintiff stated that it "expects the Court's § 101 analysis to be impacted by the particular function and structure read into the claims."  *Id.*  Accordingly, the parties shall file by 6:00 p.m. on February 23, 2018 a joint notice identifying which terms the parties stipulate should be construed as means plus function.  If the parties disagree on the corresponding structure, the parties shall also specify their positions on the corresponding structure without including argument.

**IT IS SO ORDERED.**

1

Case No. 17-CV-03886-LHK
ORDER DIRECTING PARTIES TO PROVIDE ADDITIONAL INFORMATION ON CLAIM CONSTRUCTION DISPUTE THAT COULD AFFECT THE PENDING MOTION TO DISMISS

Dated: February 23, 2018

_____
LUCY H. KOH
United States District Judge

2

Case No. 17-CV-03886-LHK
ORDER DIRECTING PARTIES TO PROVIDE ADDITIONAL INFORMATION ON CLAIM CONSTRUCTION DISPUTE THAT COULD AFFECT THE PENDING MOTION TO DISMISS