UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IMMERSION CORPORATION,<br><br>     Plaintiff,<br><br>     v.<br><br>FITBIT, INC.,<br><br>     Defendant. | Case No. 17-CV-03886-LHK<br><br>**ORDER KEEPING CASE MANAGEMENT CONFERENCE AND MARKMAN HEARING ON CALENDAR**<br><br>Re: Dkt. No. 79 |

The parties filed a joint case management statement on June 14, 2018. In that statement, Defendant Fitbit, Inc. stated that it believes that the case management conference and *Markman* hearing currently scheduled for June 21, 2018 should be taken off calendar in light of the parties' agreement in principal on a settlement. In the absence of a stipulation of dismissal, the case management conference and *Markman* hearing will proceed as scheduled on June 21, 2018 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: June 15, 2018

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No. 17-CV-03886-LHK
ORDER KEEPING CASE MANAGEMENT CONFERENCE AND MARKMAN HEARING ON CALENDAR