UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IMMERSION CORPORATION,<br><br>      Plaintiff,<br><br>      v.<br><br>FITBIT, INC.,<br><br>      Defendant. | Case No. 17-CV-03886-LHK<br><br>**TENTATIVE ORDER RE CLAIM CONSTRUCTION AND CONTINUING MARKMAN HEARING TO 2:30 P.M.**<br><br>Re: Dkt. Nos. 66, 70, 71 |

The *Markman* hearing set for 1:30 p.m. on June 21, 2018 is HEREBY CONTINUED to 2:30 p.m. on June 21, 2018.

Having considered the parties' claim construction briefing, the Court tentatively plans to rule as follows.

| Issue | Tentative Ruling |
|---|---|
| Whether judicial estoppel precludes Fitbit from asserting an indefiniteness argument | Judicial estoppel does not preclude Fitbit from asserting an indefiniteness argument |
| Construction of "user-independent event" (claim 19 of '105 Patent) | Plain and ordinary meaning |

| Construction of "haptic feedback device" (claim 19 of '105 Patent) | "A device that provides haptic feedback" |
|---|---|
| Construction of "one or more processors configured to receive an input signal and generate a force signal based on the input signal, wherein the input signal is associated with a user-independent event" (claim 19 of '105 Patent); whether the term is indefinite | Not indefinite, but a close call.<br><br>Function: "receive an input signal and generate a force signal based on the input signal, wherein the input signal is associated with a user-independent event"<br><br>Structure: A microprocessor or other electronic controller, and equivalents thereof, that performs the algorithm of receiving an input signal associated with a user-independent event, and generating one or more electronic signals that define the form of a haptic effect based on the user-independent event |
| Construction of "generate a force signal based on the input signal" (claim 19 of '105 Patent) | No construction necessary given agreement term is governed by § 112(6). |
| Construction of "periodic" (claim 14 of '299 Patent) | "Occurring at regular intervals" |
| Construction of "a processing device that receives the sensor output and accumulates counts associated with the sensor output, the processing device providing an output to the vibrotactile device once a threshold associated with the accumulated counts is reached" (claim 14 of '299 Patent); whether the term is indefinite | Not indefinite.<br><br>Function: "receives the sensor output and accumulates counts associated with the sensor output, and provides an output to the vibrotactile device once a threshold associated with the accumulated counts is reached"<br><br>Structure: Processing device 22 and equivalents thereof, that performs the algorithm in Figure 3 and generating one or more electronic signals that define the form of a haptic effect |

**IT IS SO ORDERED.**

Dated: June 21, 2018

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

2
Case No. 17-CV-03886-LHK
TENTATIVE ORDER RE CLAIM CONSTRUCTION AND CONTINUING MARKMAN HEARING TO 2:30 P.M.