UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IMMERSION CORPORATION, | Case No. 17-CV-03886-LHK |
|---|---|
| Plaintiff, | **CASE MANAGEMENT ORDER** |
| v. | |
| FITBIT, INC., | |
| Defendant. | |

Plaintiff's Attorneys: Courtland Reichman, Jennifer Estremera, Warren Lipschitz
Defendant's Attorneys: Adam Alper, Kim-Lien Dang, Michael De Vries, Reza Dokhanchy, Patrick Park

A further case management conference was held on June 21, 2018.

The parties shall file a stipulation of dismissal by July 9, 2018.

The Court schedule otherwise remains as set:

| Scheduled Event | Date |
|---|---|
| Close of Fact Discovery | September 14, 2018 |
| Opening Expert Reports | October 12, 2018 |
| Rebuttal Expert Reports | November 9, 2018 |
| Close of Expert Discovery | December 14, 2018 |

| Last Day to File Dispositive Motions and *Daubert* motions | January 17, 2019 |
| --- | --- |
| Hearing on Dispositive Motions | February 28, 2019 at 1:30 p.m. |
| Final Pretrial Conference | April 25, 2019 at 1:30 p.m. |
| Jury Trial | May 6, 2019 at 9:00 a.m. |
| Length of Trial | 5 days |

**IT IS SO ORDERED.**

Dated: June 21, 2018

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

2

Case No. 17-CV-03886-LHK
CASE MANAGEMENT ORDER